No. 1070, Misc. CLIFTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Donald L. Hardison* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States. ▬▬▬▬▬▬

No. 1121, Misc. GENTILLE v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Arthur J. England* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Wallace E. Allbritton,* Assistant Attorney General, for respondent. ▬▬▬▬▬

No. 1145, Misc. BRIGHT v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se.* *John J. O'Connell,* Attorney General of Washington, and *Paul J. Murphy,* Assistant Attorney General, for respondent.

No. 1209, Misc. PETITE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *James J. Laughlin* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1210, Misc. PITTMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. ▬▬▬▬

No. 1217, Misc. FORREST v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States. ▬▬▬▬▬